Darious Lamont MOORE,
Plaintiff–Appellant,

v.

State of SOUTH CAROLINA; Supreme Court, in the County of Columbia; Court of Appeals, in the County of Sumter, Defendants–Appellees.

No. 13–7462.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2013.

Decided: Dec. 20, 2013.

Darious Lamont Moore, Appellant Pro Se.

Before KING, GREGORY, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darious Lamont Moore seeks to appeal the district court's text order denying Moore's motion to compel discovery in his previously dismissed 42 U.S.C. § 1983 (2006) civil rights action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district

court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on June 13, 2013. The notice of appeal was filed on September 10, 2013.* Because Moore failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

Bobby R. Knox seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) for failure to state a claim. On direct appeal, this court affirmed the district court's order. *Knox v. Davis*, 516 Fed.Appx. 287 (4th Cir.2013). In August 2013, Knox filed another notice of appeal of the district court's order. However, because we have previously affirmed the district court's judgment, we dismiss the appeal as duplicative and untimely. We also deny Knox's pending motions, including his motions for protective order, motion to appoint counsel, and motion for transcripts at the government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).